UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| GREGORY ARON BACH | § | Case No. 25-15325-MCR |
|     Debtor | § | |
| | § | |
| | § | |
| IRA SHAVEL, et al., | § | |
|     Plaintiffs | § | |
| v. | § | |
| | § | Adv. No. 25-00279 |
| GREGORY ARON BACH | § | |
|     Defendant | § | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Comes now the Defendant, through undersigned counsel, and moves to dismiss this Adversary Proceeding as moot. In support hereof, Defendant states:

1. This adversary proceeding was brought under 11 U.S.C. § 523(a)(4) to determine the dischargeability of alleged debts.

2. Subsequently, the Debtor's bankruptcy case was dismissed.

3. Since there is no bankruptcy case in which Defendant might receive a discharge, the § 523(a)(4) count (the only count in the Complaint) must be dismissed as moot. *In re Le Fande*, 641 BR 430 (Bankr. S.D. Fla. 2022). *Cf. In re Labgold,* 532 BR 276 (Bankr. E.D. Va. 2015) (denial of discharge moots

§ 523 adversary proceeding).[1]

WHEREFORE, for the reasons stated above, the Defendant respectfully requests that this adversary proceeding be dismissed as moot.

                                                Respectfully submitted,

                                                /s/Daniel M. Press
Daniel M. Press, Bar # 07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703)734-3800
(703) 734-0590 fax
dpress@chung-press.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of October 2025, I caused the foregoing Document to be served by CM/ECF upon counsel for Plaintiffs to:

Dan Kennedy <dkennedy@barkenlaw.com>

                                                /s/Daniel M. Press
Daniel M. Press

---

[1] To the extent Plaintiff maintains that the complaint seeks additional state law relief, the Court lacks jurisdiction over such claims. *In re Labgold*, 532 BR at 281. Further, such claims are already pending in the District Court of Maryland for Montgomery County, a court more suited to resolve such state law claims.