UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 13 |
| GREGORY ARON BACH | § | Case No. 25-15325-MCR |
| Debtor | § § | |
| IRA SHAVEL, et al., | § | |
| Plaintiffs | § | |
| v. | § | |
| | § | Adv. No. 25-00279 |
| GREGORY ARON BACH | § | |
| Defendant | § § | |

ORDER DISMISSING ADVERSARY PROCEEDING

Upon consideration of the Motion to Dismiss Adversary Proceeding, and it appearing that the proceeding is moot in light of the dismissal of the underlying bankruptcy case, it is hereby ORDERED that this adversary proceeding be and hereby is

DISMISSED without prejudice.

Copies to:
Counsel for Plaintiffs
Counsel for Defendant

END OF ORDER