Entered: November 3rd, 2025
Signed: November 3rd, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–15325 – MCR**   Chapter: **13**   Adversary No.: **25–00279**

**Gregory Aron Bach**
Debtor

**Ira Shavel**
**Elena Kaczorowski**
Plaintiffs

vs.

**Gregory Aron Bach**
Defendant

## ORDER DISMISSING COMPLAINT AS MOOT
## AFTER DISMISSAL OF CASE

It appears that Debtor's case under the Bankruptcy Code was dismissed on October 16, 2025, Because of the dismissal of the case, there is no continuing jurisdiction to try the above–captioned complaint. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the complaint herein is dismissed, without prejudice, as moot.

cc:   All Parties
      All Counsel
      Trustee

**End of Order**

15x31 (rev. 03/23/1993) – LisaLAAlexander