United States Bankruptcy Court
District of Maryland

Shavel,
    Plaintiff

Adv. Proc. No. 25-00279-MCR

Bach,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 03, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Elena Kaczorowski, 9212Midwood Road, Silver Spring, MD 20910-1647 |
| dft | + Gregory Aron Bach, 120 Columbia Street, Cumberland, MD 21502-1620 |
| pla | + Ira Shavel, 9212 Midwood Road, Silver Spring, MD 20910-1647 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M Kennedy | dkennedy@barkenlaw.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |

TOTAL: 2

Entered: November 3rd, 2025
Signed: November 3rd, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−15325 − MCR**   Chapter: **13**   Adversary No.: **25−00279**

**Gregory Aron Bach**
Debtor

**Ira Shavel**
**Elena Kaczorowski**
Plaintiffs

vs.

**Gregory Aron Bach**
Defendant

## ORDER DISMISSING COMPLAINT AS MOOT
## AFTER DISMISSAL OF CASE

It appears that Debtor's case under the Bankruptcy Code was dismissed on October 16, 2025, Because of the dismissal of the case, there is no continuing jurisdiction to try the above−captioned complaint. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the complaint herein is dismissed, without prejudice, as moot.

cc:   All Parties
      All Counsel
      Trustee

**End of Order**

15x31 (rev. 03/23/1993) − LisaLAAlexander